Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 17−20590−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alston Corry
   731 South 15th Street
   Newark, NJ 07103

Social Security No.:
   xxx−xx−5395

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       9/14/17
Time:      11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$1,869.24

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 10, 2017
JAN:

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-20590-JKS
Alston Corry                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 10, 2017
                         Form ID: 137    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.
```
db             +Alston Corry,    731 South 15th Street,     Newark, NJ 07103-1459
516842796      #+Absolute Resolutions VI, LLC,    Ste. 200,    6602 El Cajon BV,    San Diego, CA 92115-2875
516842797      +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
516842798      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516842799      +Chse-bstbuy,    Po Box 15298,    Wilmington, DE 19850-5298
516842800      +Dsnb Bloom,    Po Box 8218,    Mason, OH 45040-8218
516842801      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
516842803      +KML Law Group, P.C.,    701 Market St. #5000,    Philadelphia, PA 19106-1541
516842805      +NCEP, LLC,    112 North Curry Street,    Carson City, NV 89703-4934
516842806       NJ Housing & Mortgage Financing Agency,    637 South Clinton Avenue,    P.O. Box 18550,
                 Trenton, NJ 08650-2085
516883678      +National Collegiate Student Loan Trust 2005-1,    Po Box 4275,    Norcross, GA 30091-4275
516842807      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516842809      +Tracy Epps,    731 South 15th Street,    1st Floor,    Newark, NJ 07103-1459
516842810       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
516956833       Wells Fargo Bank,    Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
516842811      +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2017 23:09:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2017 23:09:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516842802       E-mail/Text: cio.bncmail@irs.gov Aug 10 2017 23:08:47      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
516935929      +E-mail/Text: camanagement@mtb.com Aug 10 2017 23:09:06      Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
516842804       E-mail/Text: camanagement@mtb.com Aug 10 2017 23:09:06      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
516842808      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2017 23:13:19      Syncb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                                TOTAL: 6
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
```
              David L. Stevens    on behalf of Debtor Alston  Corry dstevens@scumealey.com,
               cbalala@scurameley.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 10, 2017
                              Form ID: 137             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                               TOTAL: 4