Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

---

Case No.: 17−20590−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alston Corry
   731 South 15th Street
   Newark, NJ 07103

Social Security No.:
   xxx−xx−5395

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: August 25, 2017  
JAN: admi

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alston Corry  
      Debtor

Case No. 17-20590-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Aug 25, 2017  
                    Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.  
db         +Alston Corry,    731 South 15th Street,    Newark, NJ 07103-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 22:29:33      U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 22:29:31     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                  TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:  
        David L. Stevens    on behalf of Debtor Alston  Corry dstevens@scuramealey.com,    cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
        Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                       TOTAL: 4