UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

Order Filed on December 22, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Alston Corry,

Debtor.

Case No.:       17-20590

Chapter:          13

Judge:            JKS

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 22, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____06/13/2017_____ :

Property:     731 South 15th Street, Newark, New Jersey 07103

Creditor:     M&T Bank

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____03/13/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2