UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
DAVID L. STEVENS, ESQ. (ATTORNEY ID 034422007)
COUNSEL FOR THE DEBTOR

Order Filed on February 23, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Alston Corry,

            Debtor.

Chapter 13

Case NO. 17-20590

Hon. John K. Sherwood

### ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: February 23, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Alston Corry
Case No.: 17-20590 (JKS)

Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the Motion of the Debtor, Alston Corry (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, M&T Bank, concerning the mortgage loan encumbering the Debtor's primary residence located at 731 South 15th Street, Newark, New Jersey 07103 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that M&T Bank, and the Debtor are hereby authorized to enter into a loan modification; and it is further;

**ORDERED** that M&T Bank, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should M&T Bank, solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit attached to the Certification.

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order.