|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP**<br>1599 HAMBURG TURNPIKE<br>WAYNE, NEW JERSEY 07470<br>TELEPHONE: 973-696-8391<br>DAVID L. STEVENS, ESQ. (ATTORNEY ID 034422007)<br>COUNSEL FOR THE DEBTOR | **Order Filed on February 23, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br><br>Alston Corry,<br><br>　　　　　　　Debtor. | Chapter 13<br><br>Case NO.  17-20590<br><br>Hon. John K. Sherwood |

### ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: February 23, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Alston Corry
Case No.: 17-20590 (JKS)

Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

    THIS MATTER, having been brought to the Court on the Motion of the Debtor, Alston Corry (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, M&T Bank, concerning the mortgage loan encumbering the Debtor's primary residence located at 731 South 15th Street, Newark, New Jersey 07103 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

    **IT IS ORDERED** that M&T Bank, and the Debtor are hereby authorized to enter into a loan modification; and it is further;

    **ORDERED** that M&T Bank, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

    **ORDERED** that should M&T Bank, solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit attached to the Certification.

    **ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Alston Corry  
    Debtor

Case No. 17-20590-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 23, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.  
db          +Alston Corry,    731 South 15th Street,    Newark, NJ 07103-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:  
         David L. Stevens     on behalf of Debtor Alston  Corry dstevens@scurameley.com, cbalala@scurameley.com;ecfbkfilings@scurameley.com;dsklar@scurameley.com;ascolavino@scurameley.com;dmedina@scura.com  
         Denise E. Carlon     on behalf of Creditor  LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann  Greenberg     magecf@magtrustee.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 4