Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20590−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alston Corry
  731 South 15th Street
  Newark, NJ 07103

Social Security No.:
  xxx−xx−5395

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        7/12/18
Time:        11:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$1,642.50

EXPENSES
$48.17

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 5, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-20590-JKS
Alston Corry                                                    Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jun 05, 2018
                             Form ID: 137          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db            +Alston Corry,   731 South 15th Street,   Newark, NJ 07103-1459
516842797     +Amex Dsnb,   Po Box 8218,   Mason, OH 45040-8218
516842799     +Chse-bstbuy,   Po Box 15298,   Wilmington, DE 19850-5298
516842800     +Dsnb Bloom,   Po Box 8218,   Mason, OH 45040-8218
516842801     +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
516842803     +KML Law Group, P.C.,   701 Market St. #5000,   Philadelphia, PA 19106-1541
516842805     +NCEP, LLC,   112 North Curry Street,   Carson City, NV 89703-4934
516842806      NJ Housing & Mortgage Financing Agency,   637 South Clinton Avenue,   P.O. Box 18550,
               Trenton, NJ 08650-2085
516883678     +National Collegiate Student Loan Trust 2005-1,   Po Box 4275,   Norcross, GA 30091-4275
516842807     +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516842809     +Tracy Epps,   731 South 15th Street,   1st Floor,   Newark, NJ 07103-1459
516842810      U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
517165392      US Department of Education,   P O Box 16448,   Saint Paul MN 55116-0448
516956833      Wells Fargo Bank,   Wells Fargo Dealer Services,   PO Box 19657,   Irvine, CA 92623-9657
516842811     +Wfds,   Po Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516842798      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:38   Capital One,
               15000 Capital One Dr,   Richmond, VA 23238
516842802      E-mail/Text: cio.bncmail@irs.gov Jun 05 2018 23:14:12   IRS,   PO Box 7346,
               Philadelphia, PA 19101-7346
516935929     +E-mail/Text: camanagement@mtb.com Jun 05 2018 23:14:25   Lakeview Loan Servicing, LLC,
               C/O M&T BANK,   PO BOX 1288,   Buffalo, NY 14240-1288
516842804      E-mail/Text: camanagement@mtb.com Jun 05 2018 23:14:25   M & T Bank,   1 Fountain Plz,
               Buffalo, NY 14203
517104187      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2018 23:18:34
               Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
               Norfolk VA 23541
516842808     +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2018 23:18:50   Syncb/old Navy,   Po Box 965005,
               Orlando, FL 32896-5005
                                                                          TOTAL: 8

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516842796      ##+Absolute Resolutions VI, LLC,   Ste. 200,   6602 El Cajon BV,   San Diego, CA 92115-2875
                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Alston  Corry dstevens@scuramealey.com,
              cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
              y.com;dmedina@scura.com

District/off: 0312-2          User: admin          Page 2 of 2          Date Rcvd: Jun 05, 2018
                             Form ID: 137          Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                 TOTAL: 4