| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Alston Corry <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5395 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–20590–JKS | |

# Order of Discharge                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Alston Corry

    <u>7/14/22</u>                                                     **By the court:** <u>John K. Sherwood</u>
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Alston Corry  
    Debtor

Case No. 17-20590-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 14, 2022      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alston Corry, 731 South 15th Street, Newark, NJ 07103-1459 |
| 516842796 | + | Absolute Resolutions VI, LLC, Ste. 200, 6602 El Cajon BV, San Diego, CA 92115-2875 |
| 516842803 | + | KML Law Group, P.C., 701 Market St. #5000, Philadelphia, PA 19106-1541 |
| 516842805 | + | NCEP, LLC, 112 North Curry Street, Carson City, NV 89703-4934 |
| 516842806 | | NJ Housing & Mortgage Financing Agency, 637 South Clinton Avenue, P.O. Box 18550, Trenton, NJ 08650-2085 |
| 516842809 | + | Tracy Epps, 731 South 15th Street, 1st Floor, Newark, NJ 07103-1459 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516842797 | + | EDI: CITICORP.COM | Jul 15 2022 00:23:00 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 516842798 | | EDI: CAPITALONE.COM | Jul 15 2022 00:23:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516842800 | + | EDI: CITICORP.COM | Jul 15 2022 00:23:00 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 516842801 | + | EDI: CITICORP.COM | Jul 15 2022 00:23:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 516842802 | | EDI: IRS.COM | Jul 15 2022 00:23:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516842799 | | EDI: JPMORGANCHASE | Jul 15 2022 00:23:00 | Chse-bstbuy, Po Box 15298, Wilmington, DE 19850 |
| 516935929 | + | Email/Text: camanagement@mtb.com | Jul 14 2022 20:29:00 | Lakeview Loan Servicing, LLC, C/O M&T BANK, PO BOX 1288, Buffalo, NY 14240-1288 |
| 516842804 | | Email/Text: camanagement@mtb.com | Jul 14 2022 20:29:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 516883678 | + | Email/Text: TSIBNCBOX4275@tsico.com | Jul 14 2022 20:29:00 | National Collegiate Student Loan Trust 2005-1, Po Box 4275, Norcross, GA 30091-4275 |
| 517104187 | | EDI: PRA.COM | Jul 15 2022 00:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516842807 | | Email/Text: signed.order@pfwattorneys.com | Jul 14 2022 20:28:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 516842808 | + | EDI: RMSC.COM | Jul 15 2022 00:23:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 516842810 | | Email/Text: edbknotices@ecmc.org | Jul 14 2022 20:29:00 | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |

| 519641942 | Email/Text: edbknotices@ecmc.org | | | |
| --- | --- | --- | --- | --- |
| | | Jul 14 2022 20:29:00 | US Department of Education, National Payment Center, PO Box 105028, Atlanta, GA 30348-5028 | |
| 517165392 | Email/Text: EDBKNotices@ecmc.org | | | |
| | | Jul 14 2022 20:28:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 | |
| 516956833 | EDI: WFAUTO | | | |
| | | Jul 15 2022 00:23:00 | Wells Fargo Bank, Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 | |
| 516842811 | + EDI: WFAUTO | | | |
| | | Jul 15 2022 00:23:00 | Wfds, Po Box 1697, Winterville, NC 28590-1697 | |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

**Name** | **Email Address**

David L. Stevens
  on behalf of Debtor Alston Corry dstevens@scura.com
  ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
  on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Melissa N. Licker
  on behalf of Creditor LakeView Loan Servicing  LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Rebecca Ann Solarz
  on behalf of Creditor LakeView Loan Servicing  LLC rsolarz@kmllawgroup.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6